IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HEROLD, | ) | CASE NO. 1:13 CV 1151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| NOTHING BUT INITIALS, LLC, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |

This matter is before the Court on Plaintiffs' application for fees and expenses incurred pursuing a motion to remand this action to state court. (ECF # 11). The Court previously granted Plaintiff's motion for fees as permitted under 28 U.S.C. § 1477, and allowed time for Plaintiffs to submit the requested amount. (ECF #10). Plaintiffs timely submitted their requested fee/expense amounts; Defendants filed an Opposition to the amount (ECF #13); and, Plaintiffs filed a Reply in support of their request. (ECF #14). Having thoroughly reviewed all of the materials presented, the Court finds that the request is reasonable both in terms of the hours necessarily expended and the hourly fee charged. Defendants are, therefore, ordered to pay the Plaintiffs $6,725.00 in fees and costs. IT IS SO ORDERED.

Donald C. Nugent
United States District Judge

Date: December 16, 2013